## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

STEVEN KIMBLE,

     Plaintiff - Appellee,

v.

EOG RESOURCES, INC.,

     Defendant - Appellee.

------------------------------

BEDROCK PETROLEUM
CONSULTANTS, LLC,

     Intervenor - Appellant.

No. 24-2085
(D.C. No. 2:22-CV-00674-MLG-DLM)

_____

## STIPULATION TO DISMISS
_____

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of

Appellate Procedure 42(b)(1), and the agreement of the parties, the undersigned hereby

stipulate that the above appeal be dismissed with prejudice.  Each party shall bear their

own costs on appeal.

**Dated:  October 10, 2024**

s/ *Ashlee C. Grant*
ASHLEE C. GRANT, Esq.
Attorney for Intervenor – Appellant
Bedrock Petroleum Consultants, LLC

Street Address:        811 Main Street, Suite 1100, Houston, TX 77008
Telephone Number:   (713) 646-1316
Email Address:        agrant@bakerlaw.com

s/ *Richard J. "Rex" Burch*
RICHARD J. BURCH, Esq.
Attorney for Plaintiff – Appellee
Steven Kimble

Street Address:        11 Greenway Plaza, Suite 3025, Houston, TX 77005
Telephone Number:   (713) 877-8788
Email Address:        rburch@brucknerburch.com

s/ *M. Carter Crow*
M. CARTER CROW, Esq.
Attorney for Defendant – Appellee
EOG Resources, Inc.

Street Address:        1550 Lamar Street, Suite 2000, Houston, Texas 77010
Telephone Number:   (713) 651-5151
Email Address:        carter.crow@nortonrosefulbright.com